UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ASHLEY CHILDS

      Plaintiff,

    v.                                                                  24-CV-1108 (JLS) (HKS)

ROSWELL PARK CANCER
INSTITUTE CORPORATION,

      Defendant.

_____

## DECISION AND ORDER

Plaintiff Ashley Childs commenced this action against Defendant Roswell Park Cancer Institute Corporation in New York State Supreme Court, Erie County. Dkt. 21-3.[1] She alleges federal and state employment discrimination claims based on her former employment by Defendant, and declined application for re-employment by Defendant, after she sought a religious exemption from Defendant's COVID-19 vaccine requirement. *See generally* Dkt. 21-3. Defendant removed the case to this Court and answered the complaint. Dkt. 1; Dkt. 7.

Defendant then moved for judgment on the pleadings (Dkt. 15) and to stay discovery (Dkt. 16). Plaintiff opposed the motion for judgment on the pleadings (Dkt. 17), and Defendant replied (Dkt. 18).

_____

[1] The Court cites to the amended notice of removal, which was filed in March 2026, at Judge Schroder's direction. *See* Dkt. 20, at 14. Defendant removed the case on November 18, 2024. Dkt. 1.

United States Magistrate Judge H. Kenneth Schroeder, Jr.,[2] issued a Report and Recommendation ("R&R"), recommending that this Court: (1) grant Defendant's motion for judgment on the pleadings as to Plaintiff's federal claims; (2) decline to exercise supplemental jurisdiction over Plaintiff's state claims; and (3) deny the motion to stay discovery as moot.  Dkt. 20.

Defendant objected to the recommendation that this Court decline to exercise supplemental jurisdiction over Plaintiff's state claims.  Dkt. 22.  Plaintiff neither responded to Defendant's objection nor filed objections of her own.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  Neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised.  *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record.  Based on its *de novo* review, as well as *Wright v. The Brooklyn Hospital Center*, No. 24-2632, 20216 WL 1141057 (2d Cir. Apr. 27, 2026), the Court accepts the R&R.

---

[2] This Court referred the case to Judge Schroeder for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C).  Dkt. 8.

For the reasons stated above and in the R&R, the Court:

- Grants, in part, Defendant's motion for judgment on the pleadings (Dkt. 15), to the extent of dismissing Plaintiff's federal claims;

- Denies, in part, Defendant's motion for judgment on the pleadings, to the extent of declining to exercise supplemental jurisdiction over Plaintiff's state claims, which are dismissed without prejudice; and

- Denies as moot Defendant's motion to stay discovery (Dkt. 16).

The Clerk of Court shall close this case.

SO ORDERED.


Dated:        July 1, 2026
              Buffalo, New York

                                        _____
                                        JOHN L. SINATRA, JR.
                                        UNITED STATES DISTRICT JUDGE

3